

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

Date: April 1, 2025

Fifth Judicial District Court
Eddy County
102 N. Canal St., Ste 240
Carlsbad, NM 88220

**RE: Mack Energy Corporation v. Summit Casing Services, LLC**
**Case number: 2:24-cv-492 JHR/DLM**
 **Fifth Judicial District Court, D-503-CV-24-00250**

Dear Sir or Madam:

Please find enclosed a certified copy of the Order signed by U.S. Magistrate Judge Jerry H. Ritter, along with copies of the entire case file, remanding this case to your Court.

          Yours truly,
          MITCHELL R. ELFERS
          Clerk of Court

      By:___Antonio Cervantes_____
              Deputy Clerk

Enclosures
cc: Counsel of Record/File